# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TYRONE CROSS,**

    Plaintiff,

    v.                               Case No. 19-CV-1378

**LANCE WILLSON,**
**SGT. MCVAY,**
**LT. DOUGLAS VERHEYEN,**
**CAPT. DAVID KIESNER, and**
**SHERIFF CLINT C. KRIEWALDT,**

    Defendants.

## ORDER

On August 21, 2020, the defendants filed a motion for summary judgment. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on August 21, 2020. Plaintiff Tyrone Cross's response to that motion should have been filed on or before September 21, 2020. *See* Civil Local Rule 56(b)(2) (E.D. Wis.) Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court. Court records show that Cross did not file any response to the defendants' motion.

**THEREFORE, IT IS ORDERED** that if Cross does not file a response to the defendants' motion for summary judgment on or before **October 16, 2020**, the court will resolve the motion as unopposed, that is, without considering a response from Cross.

Dated at Milwaukee, Wisconsin, this 5th day of October, 2020.

**BY THE COURT:**

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge
